

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2015

No. 04-15-00063-CV

**IN THE INTEREST OF Z.R.M., CHILD,**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-11-22140-CV
The Honorable Cathy O. Morris, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. Appellant timely filed a notice of appeal on February 5, 2015. Accordingly, the record was due Tuesday, February 17, 2015. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The reporter's record was not filed.

On February 19, 2015, the clerk of this court sent the court reporter, Debra Gifford, a letter notifying her she is the reporter responsible for the record. The letter required a notification of late record be filed by February 24, or the record be filed by March 2, 2015. Gifford has not responded to our letter and the record has not been filed.

We **order** the court reporter, Debra Gifford, to file the reporter's record by **March 12, 2015**. The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

We further **order** the clerk of this court to serve a copy of this order on the trial court. Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1); *see* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court